UST-32, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| SEDONA CULTURAL PARK | ) | Case No. 04-18409-PCT RTB |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

WILLIAM E. PIERCE, Trustee, reports that the following dividend check has been returned and creditor cannot be located.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 10135 | 06/03/10 | DALLAS TAYLOR<br>PO BOX 486<br>SEDONA, AZ 86339 | $1,730.40 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $1,730.40 to the Clerk of the Court to be deposited in the Registry thereof.

|  |  |
|---|---|
| July 12, 2010 | /s/William E. Pierce |
| DATE | WILLIAM E. PIERCE, TRUSTEE |